STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8780   AND FILED ON   10/11/2007

EMILIANO PEREZ, AS ADMINISTRATOR OF THE ESTATE OF JUAN RENE JAVIER PEREZ

Vs.

TOWN OF BEDFORD, ET AL.

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __10/19/2007__ at __10:26AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN OF BEDFORD   (herein called recipient) therein named.

At Location: TOWN HALL
321 BEDFORD ROAD
BEDFORD HILLS NY

By delivering to and leaving with __LISBETH FUMAGALLI__ and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 50    Height: 5'5"
Weight: 125    Other Features:

Sworn to before me on 10/19/2007

_Gail Williams_

GAIL WILLIAMS
Notary Public, State of New York
Qual...
Comm... 2010

_Gary Williams_
Gary Williams
Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8780        AND FILED ON        10/11/2007

| | |
|---|---|
| EMILIANO PEREZ, AS ADMINISTRATOR OF THE ESTATE OF JUAN RENE JAVIER PEREZ<br><br>Vs.<br><br>TOWN OF BEDFORD, ET AL | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __10/19/2007__ at __10:46AM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
              TOWN/VILLAGE OF MT. KISCO                          (herein called recipient)
                                                                  therein named.
At Location:  TOWN HALL
              104 MAIN STREET
              MOUNT KISCO NY

By delivering to and leaving with  PAULA MAIRANO  and that deponent knew the person

so served to be the  DEPUTY VILLAGE CLERK

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM         Color of Skin: WH        Color of Hair: BLK/BRN
Age: 45         Height: 5'4"
Weight: 115                              Other Features:

Sworn to before me on    10/19/2007

_Gail Williams_ (signature)                    _Gary Williams_ (signature)
                                                Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
Qualif...
Commiss... 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8780    AND FILED ON    10/11/2007

EMILIANO PEREZ, AS ADMINISTRATOR OF THE ESTATE OF JUAN RENE JAVIER PEREZ

Vs.

TOWN OF BEDFORD, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                                                 SS

COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 10/19/2007 at 10:56AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: GEORGE BUBARIS                  (herein called recipient) therein named.

At Location: MT. KISCO POLICE DEPARTMENT
40 GREEN STREET
MOUNT KISCO NY

By delivering to and leaving with SGT. VOLPE a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 10/19/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BRN/BALDING |
|---|---|---|---|---|---|
| Age | 35/40 | Height | 5'8"-5'10" | Weight | 175 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 10/19/2007

GAIL WILLIAMS
Notary Public, State of New York
Quali...
Commission...20/0

Gary Williams

Server's License#: