

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

**MEMO ENDORSED**

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG∗
DRITA NICAJ+

∗also admitted in New Jersey

December 18, 2007

**VIA FAX**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

**NOTICE TO RECIPIENT:**
The Court directs that you transmit forthwith copies of this document by FAX or First Class Mail to all counsel for other parties to this litigation.

Alice F. Cama
Deputy Clerk

Re: Perez v. Town of Bedford et. al, 07 civ. 8780 (CLB)

Dear Judge Brieant:

With respect to the time for the filing of an amended complaint the Scheduling Order issued by Your Honor provided December 15, 2007.

I have drafted that document and have received the consent of James Randazzo to request an extension until today to file the first amended complaint. In that connection I have attempted to reach Louis Silverman, Esq., without success, for the purpose of securing his consent.

Since the filing is proposed for today, but three days later than contemplated by the Court's order, I cannot believe that he would have any objection. Under the circumstances I am requesting the Court's permission to file the amended complaint today.

Respectfully,

Jonathan Lovett

JL:clp
Cc: James Randazzo, Esq./via fax
    Lewis Silverman, Esq./via fax

*[Handwritten annotation on left margin:]* Application Granted So ORDERED Charles Brieant USDJ December 18, 2007