# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

March 4, 2008

**VIA FAX**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: <u>Perez v. Town of Bedford et. al</u>, 07 civ. 8780 (CLB)

Dear Judge Brieant:

    Because of scheduling difficulties with regard to several material, non-party witnesses, the parties jointly request that discovery in this action be extended for an additional forty-five days.

Respectfully,

[signature]
J___ ___vett

cc: James Rand___ via fax
Lewis Silver___, Esq. via fax

[Handwritten annotation: Application granted. So ordered. March 6, 2008. Charles L. Brieant, USDJ]