## Santangelo Randazzo & Mangone LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: (914)741-2929
Facsimile: (914) 741-2920
Email: SSR@SSRlegal.com

Michael G. Santangelo
James A. Randazzo
Anthony J. Mangone

_____

Mark C. Fang, Of Counsel

May 6, 2008

**VIA FAX: 914-390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: Perez v. Village of Mount Kisco, et al
> 07 Civ. 8780 (CLB)

Dear Judge Brieant:

Please allow this correspondence to confirm my conversation with the court that since the court previously granted the request to extend the discovery cut-off, the pre-trial conference has been adjourned from April 25, 2008 to June 13, 2008 at 9:30 a.m.

Thank you for your courtesies.

Very truly yours,

SANTANGELO RANDAZZO & MANGONE LLP

By: James A. Randazzo

JAR:ge
cc:  Jonathan Lovett, Esq. (Via Fax: 914-428-8916)
     Lewis Silverman, Esq. (Via Fax: 212-599-5162)