UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EMILIANO PEREZ, as Administrator of the
Estate of JUAN RENE JAVIER PEREZ,

                       Plaintiff,

          -against-

TOWN OF BEDFORD, TOWN/VILLAGE
OF MT. KISCO, and GEORGE BUBARIS,
individually,

                       Defendants.
-----------------------------------------------------------X

07 CIV 8780 (CLB)

**DECLARATION IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER**

      **LEWIS R. SILVERMAN,** an attorney duly licensed to practice law in the United States District Court for the Southern District of New York, hereby deposes and says, subject to the penalties of perjury:

1. I am a partner with the law firm of RUTHERFORD & CHRISTIE, LLP attorneys for the Defendant GEORGE BUBARIS ("Defendant"). As such, I am fully familiar with the facts and circumstances of this matter based upon my review of the file maintained by my office.

2. This declaration is submitted in support of the Defendant's a) Motion, pursuant to Fed. R. Civ. Pro. 45(3)(iii) to Quash the plaintiff's subpoena for the production of Edward W. Hayes, Esq.; b) for a protective order, pursuant to Fed. R. Civ. Pro. 26 (c)(1)(A) to prevent the testimony of Mr. Hayes on the basis that any information possessed by Mr. Hayes is protected by attorney-client privilege and for such other and further relief as this Court deems just and proper.

3. Annexed hereto as Exhibit "A" is a copy of the subpoena served by plaintiff's counsel.

Dated: New York, New York
       June 25, 2008

                                        Respectfully submitted,

                                        **RUTHERFORD & CHRISTIE, LLP**

                                        By: _____
                                        Lewis R. Silverman (LS-9723)
                                        Julie A. Rivera (JR-1817)
                                        Attorneys for Defendant,
                                        GEORGE BUBARIS
                                        369 Lexington Avenue, 8th Floor
                                        New York, New York 10017
                                        (212) 599-5799
                                        Our File No.: 1020.035


TO:   LOVETT & GOULD, LLP
      Attorneys for Plaintiff
      222 Bloomingdale Road
      White Plains, New York 10605
      (914) 428-8401
      Attention: Jonathan Lovett, Esq.

      SANTANGELO RANDAZZO & MANGNONE LLP
      Attorney for Co-Defendant Town/Village of Mount Kisco
      151 Broadway
      Hawthorne, New York 10532
      (914) 741-2929
      Attention: James A. Randazzo, Esq.