UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Emiliano Perez, et al.,

　　　　　　　　　　Plaintiff,

　　　　-against-　　　　　　　　　　　07 CIVIL 8780 (CLB)

Town/Village of Mt. Kisco, et al
　　　　　　　　　　Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

☒　*Attorney*

　　☒　I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
　　　　JR0156

　　☐　I am a Pro Hac Vice attorney

　　☐　I am a Government Agency attorney

☒　*Law Firm/Government Agency Association*

　　From: Santangelo Randazzo & Mangone LLP

　　To:　Gelardi & Randazzo LLP

　　☒　I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　☐　I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒　*Address:* 151 Broadway, Hawthorne, NY 10532

☒　*Telephone Number:* 914-495-3050

☒　*Fax Number:* 914-495-3051

☒　*E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08