

### Issued by the
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------

EMILIANO PEREZ, as Administrator of the
Estate of JUAN RENE JAVIER PEREZ,

Plaintiff,

-against-

TOWN OF BEDFORD, TOWN/VILLAGE
OF MT. KISCO, and GEORGE BUBARIS,
individually,

Defendants.

07 CIV 8780 (CLB)

**SUBPOENA IN A CIVIL CASE**

TO:   Westchester County District Attorney's Office
      Attn: James McCarty, Esq.
            Perry Perrone, Esq.
      111 Dr. Martin Luther King Jr. Blvd.
      White Plains, New York 10601

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

__ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   **See Exhibit "A"**

| PLACE | DATE AND TIME |
|---|---|
| Rutherford & Christie, LLP 369 Lexington Avenue, 8th Fl. New York, New York, 10017-5947 | July 31, 2008 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30 (b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE
**Attorney for Defendant, George Bubaris**                                                7/10/08

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:  Lewis R. Silverman, c/o RUTHERFORD & CHRISTIE, LLP, 369 Lexington Avenue, 8th Floor, New York, New York 10017-5947, (212) 599-5799

# EXHIBIT A

The entire criminal file maintained by the Westchester County District Attorney's Office pertaining to the investigation and prosecution of *The People of the State of New York v. George Bubaris*, County of Westchester, State of New York, including but not limited to video recordings, audio recordings, medical records, charts, maps, timelines, statements, sworn statements, sworn depositions, police reports, aided reports, arrest reports, subpoenas, subpoena responses, medical examiner's records, forensic records, all exhibits marked for identification and admitted into evidence at trial, Bedford Police Department records, DD-5 reports, audiotape transcripts, recorded interview audiotapes, New York State Police records and District Attorney investigator's reports.