UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
PEREZ,

                Plaintiff,

- against -

BEDFORD,

                Defendant.  
-----------------------------------------------------------------X

Rev. 9/08

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 8780 (CS)(LMS)

The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*  
_____  
_____

\_\_\_ Settlement*

\_\_\_ All Purposes

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

X Particular Motion: To Quash  
_____

\_\_\_ All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

SO ORDERED.

DATED: White Plains, New York  
         August /\_\_, 2008

_____  
United States District Judge