# RUTHERFORD & CHRISTIE, LLP

NEW YORK          ATLANTA

## MEMO ENDORSED

September 5, 2008

**VIA FACSIMILE**

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:  Perez v. Bubaris, et al.
> Docket No.: 07 CV 8780
> Our File No.: 1020.035

Dear Magistrate Judge Smith:

We represent a defendant, George Bubaris, in the captioned matter. We have spoken to the Westchester County District Attorney's Office and agreed to a briefing schedule for our pending motion to compel and respectfully request that the Court So Order the schedule as follows:

1. Westchester County District Attorney's Office Opposition to be filed by September 25, 2008;

2. Our reply will be filed by October 10, 2008;

3. Oral argument, if any, to be scheduled by the Court.

Thank you for your consideration of this matter.

Very truly yours,

RUTHERFORD & CHRISTIE, LLP

Lewis R. Silverman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

LRS/hj

369 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017-6506
(212) 599-5799
FACSIMILE (212) 599-5162

*Deemed letter motion. Motion granted. SO ORDERED.*
*Lisa Margaret*
*USMJ 9/5/08*