# RUTHERFORD & CHRISTIE, LLP

NEW YORK          ATLANTA

**MEMO ENDORSED**

September 5, 2008

**RECEIVED SEP - 8 2008 HON. LISA MARGARET SMITH U.S.M.J.**

VIA FACSIMILE

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   Perez v. Bubaris, et al.
>       Docket No.: 07 CV 8780
>       Our File No.: 1020.035

Dear Magistrate Judge Smith:

We represent a defendant, George Bubaris, in the captioned matter. We have spoken to the Westchester County District Attorney's Office and agreed to a briefing schedule for our pending motion to compel and respectfully request that the Court So Order the schedule as follows:

1. Westchester County District Attorney's Office Opposition to be filed by September 25, 2008;

2. Our reply will be filed by October 10, 2008;

3. Oral argument, if any, to be scheduled by the Court.

Thank you for your consideration of this matter.

Very truly yours,

RUTHERFORD & CHRISTIE, LLP

Lewis R. Silverman

LRS/lj

*[Handwritten annotation in left margin: "Denied letter motion. Motion for Magistrate is Denied. SO ORDERED. LMS USMJ 9/9/08"]*

369 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017-6506
(212) 599-5799
FACSIMILE (212) 599-5162

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]*